[No. 7302–5–III.  Division Three.  October 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
FRED BUCHE III, *Appellant.*

Appeal from judgments of the Superior Court for Grant County, Nos. 83–1–00028–1, 84–1–00161–8, Evan E. Sperline, J., entered June 18 and 7, 1985. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 8242–0–II.  Division Two.  October 2, 1986.]

WILLIAM GEARLLACH, ET AL, *Plaintiffs,* v. HARRISON
MEMORIAL HOSPITAL, *Appellant,* THEODORE EK,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–2–00276–7, Terence Hanley, J., entered October 5, 1984. *Affirmed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Draper and Hopkins, JJ. Pro Tem.

[No. 7788–4–II.  Division Two.  October 2, 1986.]

*In the Matter of the Marriage of* RONALD LEE DARING,
*Appellant, and* LINDA MARY RUTH DARING,
*Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–3–00519–7, James K. Sells, J. Pro Tem., entered April 20, 1984. *Affirmed* by unpublished opinion per Harris, J. Pro Tem., concurred in by Hallowell and Pearson, JJ. Pro Tem.